# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CASSANDRA PHILLIPS,           )<br>                                                       )<br>        Plaintiff,                              )<br>                                                       )<br>v.                                                  )<br>                                                       )<br>1. GREEN COUNTRY CARE CENTER,  )<br>a domestic for profit business corporation, )<br>                                                       )<br>        Defendant.                           ) | Case No. 17-cv-650-TCK-FHM |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Cassandra Phillips, along with Defendant Green Country Care Center, by and through their respective counsel of record, to jointly stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same. Each party will bear his /her /its own costs related to this matter. As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**DUNLAP BENNETT & LUDWIG**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
6660 South Sheridan Road, Suite 250
Tulsa, Oklahoma 74133
(918) 998-9350 – Telephone
(918) 998-9360 – Facsimile
dkeesling@dbllawyers.com
tkittle@dbllawyers.com
***Attorneys for Plaintiff:***
***Cassandra Phillips***

*/s/ W. Michael Hill
*(*Signed with consent of Counsel for Defendants)*
W. Michael Hill, OBA No. 4213
Diane M. Black, OBA No. 18653
**SECREST HILL BUTLER & SECREST**
7134 South Yale Avenue, Suite 900
Tulsa, Oklahoma 74136-6360
(918) 494-5905 – Telephone
(918) 494-2847 – Facsimile
wmhill@secresthill.com
dblack@secresthill.com
*Attorneys for Defendant:*
*Green Country Care Center*